269 So.2d 164

## In re Warren FLIPPO

v.

## STATE.

### Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

### SC 125.

Supreme Court of Alabama.

Nov. 9, 1972.

William J. Baxley, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for the State.

No brief for respondent.

MADDOX, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Flippo v. State, 49 Ala.App. 138, 269 So.2d 155.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD, BLOODWORTH and SOMERVILLE, JJ., concur; COLEMAN, J., dissents.

■

268 So.2d 834

## In re The GADSDEN TIMES PUBLISHING CORP., a corp.

v.

## Sam DEAN.

### Ex parte Sam Dean.

### SC 132.

Supreme Court of Alabama.

Oct. 19, 1972.

Rehearing Denied Nov. 30, 1972.

Thomas E. Davis, Burns, Carr & Shumaker, Gadsden, for petitioner.

No brief for respondent.

COLEMAN, Justice.

Petition of Sam Dean for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Gadsden Times Publishing Corp. v. Dean, 49 Ala.App. 45, 268 So.2d 829.

Writ denied.

HEFLIN, C. J., and HARWOOD, BLOODWORTH and McCALL, JJ., concur.